UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL MALDONADO RAMIREZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>KHALE,<br><br>        Defendant. | 1:21-cv-01237-NONE-GSA-PC<br><br>ORDER STRIKING MOTION FOR<br>LACK OF SIGNATURE<br>(ECF No. 11.) |

Israel Maldonado Ramirez ("Plaintiff") is a civil detainee currently housed at Atascadero State Hospital in Atascadero, California, proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  On March 17, 2021, Plaintiff filed a Motion to Order Due Process.  (ECF No. 11.)  The document is unsigned.  All filings submitted to the court must bear the signature of the filing party.  Local Rule 131; Fed. R. Civ. P. 11(a).  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, filed on September 13, 2021, is STRICKEN from the record for lack of signature.[1]

IT IS SO ORDERED.

    Dated:   **September 15, 2021**              **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] A document which is "stricken" will not be considered by the Court for any purpose.  (Informational Order, ECF No. 2 at 2:7-8.)