UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL MALDONADO RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KHALE,<br><br>　　　　Defendant. | No. 1:21-cv-01237-NONE-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. No. 15.)<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE TO FILING A PETITION FOR WRIT OF HABEAS CORPUS<br><br>ORDER FOR CLERK TO CLOSE CASE |

　　　　Plaintiff, Israel Maldonado Ramirez, is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 4, 2021, findings and recommendations were entered, recommending that this case be dismissed as barred by *Heck v. Humphrey,* 512 U.S. 477 (1994), and *Edwards v. Balisok*, 520 U.S. 641 (1997).   (Doc. No. 15.)   On October 18, 2021, plaintiff filed objections to the findings and recommendations.  (Doc. No. 16.)

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file,

including plaintiff's objections, which do not address materially the magistrate judge's reasoning, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued on October 4, 2021, (Doc. No. 15), are adopted in full;
2. This case is dismissed, without prejudice to plaintiff filing a petition for writ of habeas corpus; and
3. The clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 26, 2021**                    /s/ Dale A. Drozd
                                                          UNITED STATES DISTRICT JUDGE